IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOZE M. ROCHA                                           PLAINTIFF

V.                          NO.  12-2172

CAROLYN W. COLVIN, Commissioner
Social Security Administration                              DEFENDANT

## JUDGMENT

For the reason stated in the memorandum opinion of this date, the decision of the Commissioner is AFFIRMED and the Plaintiff's case is DISMISSED with PREJUDICE.  **The parties have sixty (60) days from entry of the judgment on the docket in which to appeal**.

IT IS SO ORDERED this July 18, 2013.

                                                     */s/ J. Marschewski*
                                                     HONORABLE JAMES R. MARSCHEWSKI
                                                     Chief United States Magistrate Judge

+